**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Texas Department of Public Safety v. MMC

Appellate case number:    01-22-00008-CV

Trial court case number:    21-DCV-281103

Trial court:                434th District Court of Fort Bend County

On January 28, 2022, appellant, the Texas Department of Public Safety, filed a Motion for Abatement, asking this Court to abate the appeal pending the resolution of two cases in the Texas Supreme Court: *Ex parte K.T.,* Cause No. 20-0977, and *Ex parte Ferris*, Cause No. 21-0075. The certificate of conference said appellee did not advise whether he opposed the motion. More than ten days have passed since the motion was filed and no response has been filed.

We **grant** the motion and **abate the appeal.**

Unless the parties file, no later than July 1, 2022, a motion to reinstate or a report advising the Court of the status of the Supreme Court proceedings, this appeal may be reinstated without further notice.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting individually


Date:  February 15, 2022